Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALEKSEI SHUSHLIANNIKOV ) | Criminal No.  13-CR-10297-MLW |

## WAIVER OF INDICTMENT

I, Aleksei Shushliannikov, the above-named defendant, who is accused of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), using a fictitious name and address in connection with the U.S. mail, in violation of 18 U.S.C. § 1342, and identity fraud, in violation of 18 U.S.C. § 1028)(a)(7), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on November 25, 2014, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

Nov. 25, 2014