UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          )<br>     v.             )     Criminal No. 13-10297-MLW<br>          )<br>ALEKSEI SHUSHLIANNIKOV,    )<br>           Defendant.     ) | |

## DECLARATION OF PUBLICATION

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 20, 2015 and ending on April 18, 2015.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed on April 20, 2015 at Boston, Massachusetts.

                                      /s/ *Christopher R. Donato*
                                      CHRISTOPHER R. DONATO
                                      Assistant United States Attorney
                                      BBO No. 628907
                                      United States Attorney's Office
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3100
Dated:   April 27, 2015               Chris.Donato@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      /s/ *Christopher R. Donato*
                                      CHRISTOPHER R. DONATO
Dated: April 27, 2015                Assistant United States Attorney

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
COURT CASE NUMBER: CR 13-10297-MLW; NOTICE OF FORFEITURE

Notice is hereby given that on March 05, 2015, in the case of <u>U.S. v. Shushliannikov</u>, Court Case Number CR 13-10297-MLW, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

$26,260.00 in US Currency found in shoebox on window sill (13-USP-002748) which was seized from Shushliannikov, Aleksei V on February 14, 2013 at 72 Staniford Street Apt 2407, located in Boston, MA

Dell Latitude D530 Laptop (13-USP-003088) which was seized from Shushliannikov, Aleksei on September 13, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

hp 8GB Thumb Drive (13-USP-003089) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

Bill Counter World GEC 2108 Money Counter (13-USP-003090) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

Samsung Galaxy Tab 2 (13-USP-003091) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

Cell phone - LG Net10 (13-USP-003093) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

Samsung Cell Phone (13-USP-003094) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

256MB Thumb Drive (13-USP-003095) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

Garmin Nuvi 260W GPS (13-USP-003096) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

Primax MX432 Printer (13-USP-003099) which was seized from Shushliannikov, Aleksei on February 14, 2013 at 72 Staniford St, Apt. 2407, located in Boston, MA

246 prepaid debit cards which were seized from Shushliannikov, Aleksei residence on or about February 14, 2013 including the funds in such cards' debit accounts

858 pieces of mail seized fromt he United States mail from December 15, 2012 or thereabout through February 28, 2013 or thereabouts which was seized from Shushliannikov, Aleksei on February 14, 2013 from his residence.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 20,

2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Christopher R. Donato, 1 Courthouse Way, Suite 9200, Boston, MA  02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

      Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 20, 2015 and April 18, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Shushliannikov

**Court Case No:** CR 13-10297-MLW
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/20/2015 | 24.0 | Verified |
| 2 | 03/21/2015 | 24.0 | Verified |
| 3 | 03/22/2015 | 24.0 | Verified |
| 4 | 03/23/2015 | 23.9 | Verified |
| 5 | 03/24/2015 | 24.0 | Verified |
| 6 | 03/25/2015 | 24.0 | Verified |
| 7 | 03/26/2015 | 24.0 | Verified |
| 8 | 03/27/2015 | 24.0 | Verified |
| 9 | 03/28/2015 | 24.0 | Verified |
| 10 | 03/29/2015 | 24.0 | Verified |
| 11 | 03/30/2015 | 24.0 | Verified |
| 12 | 03/31/2015 | 23.9 | Verified |
| 13 | 04/01/2015 | 24.0 | Verified |
| 14 | 04/02/2015 | 24.0 | Verified |
| 15 | 04/03/2015 | 24.0 | Verified |
| 16 | 04/04/2015 | 24.0 | Verified |
| 17 | 04/05/2015 | 24.0 | Verified |
| 18 | 04/06/2015 | 24.0 | Verified |
| 19 | 04/07/2015 | 24.0 | Verified |
| 20 | 04/08/2015 | 24.0 | Verified |
| 21 | 04/09/2015 | 24.0 | Verified |
| 22 | 04/10/2015 | 24.0 | Verified |
| 23 | 04/11/2015 | 24.0 | Verified |
| 24 | 04/12/2015 | 24.0 | Verified |
| 25 | 04/13/2015 | 24.0 | Verified |
| 26 | 04/14/2015 | 24.0 | Verified |
| 27 | 04/15/2015 | 24.0 | Verified |
| 28 | 04/16/2015 | 24.0 | Verified |
| 29 | 04/17/2015 | 24.0 | Verified |
| 30 | 04/18/2015 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.